Eric J. Shimanoff (ejs@cll.com)
Jonathan Z. King (jzk@cll.com)
Joelle A. Milov (jam@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036
(212) 790-9200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
WEIGHT WATCHERS INTERNATIONAL, INC.,   :   Civil Action No.
                                       :
                Plaintiff,             :
                                       :   RULE 7.1 DISCLOSURE
        -against-                      :
                                       :
GOLO, LLC.                             :
                                       :
                Defendant.             :
                                       :
------------------------------------------------------------- x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Weight Watchers International, Inc. certifies that Weight Watchers International, Inc. has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held, and that no publically-traded entity owns more than 10% of said party's stock.

|  |  |
|---|---|
| Dated: September 28, 2018 | Respectfully submitted, |

By:   s/ Eric J. Shimanoff

COWAN, LIEBOWITZ & LATMAN, P.C.
Eric J. Shimanoff (ejs@cll.com)
Jonathan Z. King (jzk@cll.com)
Joelle A. Milov (jam@cll.com)
114 West 47th Street
New York, NY 10036
(212) 790-9200
*Attorneys for Plaintiff*