AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Southern District of New York___ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>18-cv-8928 | DATE FILED<br>9/28/2018 | U.S. DISTRICT COURT<br>Southern District of New York | |
|---|---|---|---|
| PLAINTIFF<br>Weight Watchers International, Inc. | | DEFENDANT<br>Golo, LLC | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 86600057 | 4/16/2015 | Weight Watchers International, Inc. |
| 2 | 86600136 | 4/16/2015 | Weight Watchers International, Inc. |
| 3 | 86600172 | 4/16/2015 | Weight Watchers International, Inc. |
| 4 | 86600189 | 4/16/2015 | Weight Watchers International, Inc. |
| 5 | | | See attached document for additional trademarks. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>/s/ D. Howie | DATE<br>10/01/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 86600260 | 4/16/2015 | Weight Watchers International, Inc. |
| 86600272 | 4/16/2015 | Weight Watchers International, Inc. |
| 86600291 | 4/16/2015 | Weight Watchers International, Inc. |
| 86600299 | 4/16/2015 | Weight Watchers International, Inc. |
| 86600326 | 4/16/2015 | Weight Watchers International, Inc. |
| 86678000 | 6/29/2015 | Weight Watchers International, Inc. |
| 86967792 | 4/7/2016 | Weight Watchers International, Inc. |
| 86967762 | 4/7/2016 | Weight Watchers International, Inc. |
| 87499989 | 6/21/2017 | Weight Watchers International, Inc. |
| 87499968 | 6/21/2017 | Weight Watchers International, Inc. |
| 87499950 | 6/21/2017 | Weight Watchers International, Inc. |
| 87499928 | 6/21/2017 | Weight Watchers International, Inc. |