UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
WEIGHT WATCHERS INTERNATIONAL, INC.,  :  Civil Action No. 18-cv-8928

               Plaintiff,  :

   -against-  :  **NOTICE OF APPEARANCE**

GOLO, LLC.  :

               Defendant.  :
------------------------------------------------------------------ x

PLEASE TAKE NOTICE that the undersigned attorney, Jonathan Z. King, of Cowan, Liebowitz & Latman, P.C., enters his appearance in the above-captioned matter as counsel for Plaintiff Weight Watchers International, Inc., and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: September 28, 2018

                                            Respectfully submitted,

                                            COWAN, LIEBOWITZ & LATMAN, P.C.

                                            By: __/s/ Jonathan Z. King_____
                                                  Jonathan Z. King (jzk@cll.com)
                                           114 West 47th Street
                                           New York, New York 10036
                                           (212) 790-9200

                                           *Attorney for Plaintiff*