UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
WEIGHT WATCHERS INTERNATIONAL, INC., : Civil Action No. 18-cv-8928

                Plaintiff,

                                              **NOTICE OF APPEARANCE**

   -against-

GOLO, LLC.

                Defendant.
------------------------------------------------------------ x

PLEASE TAKE NOTICE that the undersigned attorney, Joelle A. Milov, of Cowan, Liebowitz & Latman, P.C., enters her appearance in the above-captioned matter as counsel for Plaintiff Weight Watchers International, Inc., and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: September 28, 2018

                                                 Respectfully submitted,

                                                 COWAN, LIEBOWITZ & LATMAN, P.C.

                                                 By: _____
                                                     Joelle A. Milov (jam@cll.com)
114 West 47th Street
New York, New York 10036
(212) 790-9200

*Attorney for Plaintiff*